Franciszek Robert Skawinski

17224 S. Figueroa Street

Suite #B9839

Gardena, CA 90248

Telephone: 4245296998

E-mail address: franius8@o2.pl

FRANCISZEK ROBERT SKAWINSKI PRO SE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Franciszek Robert Skawinski, | ) | Case No.: 1:20-cv-~~00152~~ (F Deck) |
| Plaintiff, | ) | 164 |
| vs. | ) | |
| Reason and Dignity of Man Ltd, | ) | |
| Defendant | ) | |
| | ) | |

**MOTION FOR CM/ECF USER NAME AND PASSWORD**

It is respectfully requested that leave of court be granted for the Plaintiff to file documents electronically and CM/ECF User Name and Password be issued.

The Plaintiff's access to internet is very good with uptime close to 100 percent during the current year. The Plaintiff is able to file and receive filings electronically on a regular basis.

The Plaintiff has read all documentation and tutorials available on the Court's website.

Dated this March 14, 2020

*Franciszek Robert Skawinski*

[RECEIVED Mail Room — MAR 20 2020 — Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]

Motion for CM/ECF User Name and Password - 1