CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SKAWINSKI

_____
Plaintiff(s)

vs.

REASON AND DIGNITY OF MAN LTD

_____
Defendant(s)

Civil Action No.: 20-cv-00164-DLF

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

REASON AND DIGNITY OF MAN LTD
12 Constance Street
London
E16 2DQ
United Kingdom

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): United Kingdom, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Erica Garmendez
(Signature)

CLERK'S OFFICE
UNITED STATES DISTRICT & BANKRUPTCY
COURTS FOR THE DISTRICT OF COLUMBIA
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

(Name and Address)