**International Air Waybill**
For FedEx services worldwide

/0007/0050/0030454262/6

**Sender's Copy**

ase print and press hard.

Sender's FedEx Account Number 1427-7607-3

USDC (EG)   Phone (202) 354-3190

US COURT FOR DIST OF COLUMBIA

333 CONSTITUTION AVE NW

SHINGTON   State/Province DC

USA   ZIP Postal Code 200012802

Reason and Dignity of Man LTD.   Phone

12 Constance Street.   Dept./Floor

State/Province London

United Kingdom   ZIP Postal Code E16 2DQ

s Tax ID number for Customs purposes
VAT/IN/EIN, or as locally required

nt Information   For EU Only: Tick here if goods are not in free circulation and provide C.I.

kages   Total Weight   lbs.   kg   / W /   in.   cm
l and                                DIM

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| ments | | | |
| COMPLETE IN ENGLISH | | | |

Check One   No SED required, value $2500 or less per Schedule B Commodity number   Total Declared Value for Carriage   Total Value for Customs (Specify Currency)
ed per Exemption

SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

**4 Express Package Service**   Packages up to 150 lbs. / 68 kg
☑ FedEx Intl. Priority   ☐ FedEx Intl. First
☐ FedEx Intl. Economy

**5 Packaging**
☐ FedEx Envelope   ☐ FedEx Pak   ☐ FedEx Box   ☐ FedEx Tube
☐ Other   ☐ FedEx 10kg Box*   ☐ FedEx 25kg Box*

**6 Special Handling**
☐ HOLD at FedEx Location   ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:
☐ Sender   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash Check/Cheque

FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

**7b Payment** Bill duties and taxes to:
☐ Sender   ☐ Recipient   ☐ Third Party
FedEx Acct. No.

**8 Your Internal Billing Reference**
20 cv 164

**9 Required Signature**

Sender's Signature: [signed] Esuce

FedEx Tracking Number   8509 6413 0913   Form ID No.

500

0402